# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MARVIN JOHNSON,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JEFF LEPIANKA,<br><br>　　　　　　　　Defendant. | Case No. 19-CV-898-JPS<br><br>**ORDER** |

On November 2, 2021, the Court issued an order granting in part a motion to withdraw as counsel for the defendant. (Docket #17). The copy of the order mailed to Plaintiff was returned as undeliverable, and so, on November 29, 2021, the Court issued an order to show cause. (Docket #19). The Court ordered Plaintiff to respond by December 20, 2021 as to why this action should not be dismissed for his failure to prosecute. (*Id.*) That order also was returned as undeliverable, and that date has come and gone without a word from Plaintiff.

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice** for failure to prosecute.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 4th day of January, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge